No. 791. SOBELL v. UNITED STATES. C. A. 2d Cir. Motion for leave to file copies of petitioner's Appendix in the Court of Appeals granted. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. MR. JUSTICE WHITE and MR. JUSTICE MARSHALL took no part in the consideration or decision of this motion and petition. *Marshall Perlin, William M. Kunstler, Arthur Kinoy, Benjamin O. Dreyfus* and *Vern Countryman* for petitioner. *Solicitor General Griswold, Assistant Attorney General Yeagley, Kevin T. Maroney* and *Robert L. Keuch* for the United States.

No. 877. NICHOLSON v. CALBECK, DEPUTY COMMISSIONER, ET AL. C. A. 5th Cir. Motion of American Trial Lawyers Association, Admiralty Section, for leave to file a brief, as *amicus curiae,* granted. Certiorari denied. *Arthur J. Mandell* for petitioner. *Solicitor General Griswold* for Calbeck, and *Carl G. Stearns* for Crown Stevedoring Co. et al., respondents. *Paul S. Edelman* for American Trial Lawyers Association, Admiralty Section, as *amicus curiae,* in support of the petition.

No. 309, Misc. VASQUEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Solicitor General Griswold, Assistant Attorney General Vinson, Beatrice Rosenberg* and *Kirby W. Patterson* for the United States.

No. 589, Misc. CUEVAS v. CALIFORNIA. Ct. App. Cal., 2d App. Dist. Certiorari denied. *S. E. Gramer* for petitioner. *Thomas C. Lynch,* Attorney General of California, *William E. James,* Assistant Attorney General, and *Edward J. Horowitz,* Deputy Attorney General, for respondent.